**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**KENNETH J LAVERGNE**                        **CASE NO.  2:26-CV-00186**

**VERSUS**                                    **JUDGE ROBERT R. SUMMERHAYS**

**USAA FEDERAL SAVINGS BANK**                 **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [ECF No. 38], as supplemented by the Ruling on Objections issued this date, and after an independent review of the record, a *de novo* determination of the issues, and having determined the findings are correct under the applicable law,

IT IS ORDERED that the Motion to Dismiss [ECF No. 34] is GRANTED as follows: Plaintiff's claims based upon federal law are DISMISSED with prejudice; Plaintiff's claims based upon state law are DISMISSED without prejudice.

THUS DONE in Chambers on this 1st day of July, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE